# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

141437

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ROOSEVELT LEWANN RUPERT,
    Defendant-Appellant.

SC: 141437
COA: 290545
Wayne CC: 08-011660

_____/

On order of the Court, the application for leave to appeal the May 25, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

_____
Clerk

1018